**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARGARITA VILLAGRAN, | § § § § | |
| v. | § | CIVIL ACTION NO. H-05-2685 |
| | § § | |
| CENTRAL FORD, INC., | § § | |

_____

| | | |
|---|---|---|
| CHARLES HOGE, | § § § | |
| v. | § | CIVIL ACTION NO. H-05-2686 |
| | § § | |
| PARKWAY CHEVROLET, INC., | § § | |

_____

| | | |
|---|---|---|
| MARGARITA VILLAGRAN, | § § | |
| v. | § § | CIVIL ACTION NO. H-05-2687 |
| FREEWAY FORD, LTD, *et al.*, | § § § | |

_____

| | | |
|---|---|---|
| SHANNON HOFFER, | § § § § | |
| v. | § | CIVIL ACTION NO. H-05-2801 |
| | § | |
| LANDMARK CHEVROLET, LTD., | § § § | |

1

## ORDER

On December 15, 2006, this court entered an amended scheduling and docket control order in these related cases to coordinate the presentation and consideration of class certification motions. The amended scheduling and docket control order set dates for completing discovery relating to class certification, to file motions, to file responses, and for a hearing on the motions. To ensure that the motions are presented in a consistent manner, the motions that were previously filed, before the cases were coordinated, are denied without prejudice. The parties seeking class certification may file a class certification motion by March 23, 2007, the date set by the amended scheduling and docket control order, that will include the results of the additional discovery and make clear what positions are taken by all the plaintiffs and what positions are unique to particular cases.

SIGNED on January 31, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge