IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGARITA VILLAGRAN, | § § § | |
| v. | § § | CIVIL ACTION NO. H-05-2685 |
| CENTRAL FORD, INC., | § § § | |

**ORDER**

The defendant, Central Ford, Inc., has requested the production of Margarita Villagran's personnel file from her employer, Baker Hughes, Inc. The plaintiff moved for a protective order. (Docket Entry No. 41). On February 22, 2007, this court ordered an *in camera* review of those documents to determine whether they contain any information relevant to determining: (1) any relationship between the plaintiff and her counsel; or (2) whether the plaintiff's previous testimony about her prior relationship with her counsel is consistent with the information in the file. After careful examination of the documents, this court finds that Margarita Villagran's personnel file contains no information relevant to those issues. The plaintiff's motion for a protective order is granted.

SIGNED on March 30, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge